FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:16CR00 107 BSM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5) |
| JOSHUA REILE | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 875(d) |
| | ) | 18 U.S.C. § 3013 |
| | ) | 18 U.S.C. § 3571 |
| | ) | 18 U.S.C. § 3663 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## Count One

On or about December 15, 2015, in the Eastern District of Arkansas, the defendant,

JOSHUA REILE,

knowingly and willfully made and caused to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, to wit: JOSHUA REILE, represented to the Federal Bureau of Investigations that he never misrepresented his identity on social media, when in fact he misrepresented his identity on multiple occasions.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## Count Two

Between in or about August 2015, through in or about December 2015, in the Eastern District of Arkansas, the defendant,

JOSHUA REILE,

with the intent to harass, intimidate, or place under surveillance with intent to harass, or intimidate another person used the mail, any interactive computer service or electronic

communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Jane Doe 1.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## Count Three

Between in or about August 2015, through in or about December 2015, in the Eastern District of Arkansas, the defendant,

JOSHUA REILE,

with the intent to extort things of value, did knowingly and willfully transmit in interstate and foreign commerce via the internet communications containing threats to injure the reputation of Jane Doe 5, that is, JOSHUA REILE, threatened Jane Doe 5 that defendant would distribute nude photographic images of Jane Dane 5 if Jane Doe 5 stopped talking to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## Count Four

Between on or about October 21, 2015, through on or about November 17, 2015, in the Eastern District of Arkansas, the defendant,

JOSHUA REILE,

with the intent to harass, intimidate, or place under surveillance with intent to harass, or intimidate another person used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused,

attempted to cause, or would be reasonably expected to cause substantial emotional distress to Jane Doe 3.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

### Count Five

Between in or about June 2013, through in or about January 2016, in the Eastern District of Arkansas, the defendant,

JOSHUA REILE,

with the intent to harass, intimidate, or place under surveillance with intent to harass, or intimidate another person used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Jane Doe 6.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

### Count Six

From in or about January 2015, through in or around October 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

JOSHUA REILE,

did employ, use, persuade, induce, entice, and coerce a minor, Jane Doe 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported

3

in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

### Count Seven

From on or about August 6, 2015, through on or around August 11, 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

JOSHUA REILE,

did attempt to employ, use, persuade, induce, entice, and coerce a minor, Jane Doe 4, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

(End of text.  Signature page to follow.)